THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Lowell Thomas Walker,       
Appellant.
 
 
 

Appeal From Lexington County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2003-UP-506
Submitted July 1, 2003  Filed August 
 27, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Donald M. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Lowell Walker was indicted 
 for distribution of marijuana, second-degree burglary, and criminal sexual conduct 
 with a minor.  Walker pled guilty to distribution of marijuana and the lesser-included 
 offenses of third-degree burglary and assault and battery of a high and aggravated 
 nature (ABHAN).  He was sentenced as follows: for distribution of marijuana, 
 five years confinement; for burglary, a concurrent term of five years confinement; 
 and for ABHAN, a consecutive term of ten years confinement.  He appeals, arguing 
 his guilty plea was invalid because he received consecutive sentences, when 
 he expected to receive concurrent sentences.
Walkers appellate counsel submitted a petition to 
 be relieved as counsel, stating he has reviewed the record and has concluded 
 Walkers appeal is without merit.  Walker filed a document with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Walkers appeal 
 and grant counsels motion to be relieved.
 APPEAL DISMISSED. [1] 
GOOLSBY, BEATTY, and KITTREDGE, JJ., 
 concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.